1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>Plaintiff,<br><br>v.<br><br>R. FISHER, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

)   1:09-cv-01856-LJO-BAM (PC)

)   ORDER RE SCREENING FOLLOWING
)   MANDATE

)   (ECF Nos. 1, 36, 38)

Plaintiff Alvaro Quezada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on October 22, 2009.  On July 30, 2012, the Court dismissed this action as duplicative.  Plaintiff appealed.

On May 29, 2014, the Court of Appeals for the Ninth Circuit reversed the Court's dismissal order and remanded the action for further proceedings.  The Ninth Circuit issued its mandate on June 26, 2014.  Accordingly, Plaintiff's complaint, filed on October 22, 2009, shall be screened in due course pursuant to 28 U.S.C. § 1915A(a).

IT IS SO ORDERED.

Dated:   **June 30, 2014**         /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

1