# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA, | Case No. 1:09-cv-01856-LJO-BAM PC |
| Plaintiff, | |
| v. | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS |
| R. FISHER, et al., | |
| Defendants. | (ECF No. 54) |

Plaintiff Alvaro Quezada, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 22, 2009. This action proceeds against Defendants Fisher, Jose, Doria, Scott and Ortiz for violation of the Fourteenth Amendment to the United States Constitution.

On April 24, 2015, Defendants Fisher, Scott, Ortiz and Jose filed a motion for summary judgment. Fed. R. Civ. P. 56. Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. (ECF No. 54-1.) Plaintiff's opposition was due on or before May 18, 2015. To date, Plaintiff has not filed an opposition.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a

///

///

statement of non-opposition to Defendant's motion within **twenty-one (21) days**.  **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **May 22, 2015**                          /s/ *Barbara A. McAuliffe*           
                                                  UNITED STATES MAGISTRATE JUDGE