1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARA QUEZADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FISHER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:09-cv-01856-LJO-BAM (PC)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT DORIA<br><br>Amended Exhaustion Motion Deadline: **November 2, 2015**<br>Deadline to Amend Pleadings: **October 02, 2015**<br>Discovery Deadline: **December 02, 2015**<br>Dispositive Motion Deadline: **February 11, 2016** |

Plaintiff Alvaro Quezada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 21, 2015, Defendant D. I. Doria filed a motion to join in the then-and-currently pending motion for summary judgment filed by Defendants R. Fisher, C. Scott, H. Ortiz, and C. Jose on April 24, 2015. (ECF. No. 63.)  In that motion, Defendant Doria explained that she was not originally included in the motion for summary judgment because at the time it was filed she had not been served with Plaintiff's complaint and was not represented by the Attorney General's Office, who represents the other Defendants. (Id. at p.1). She further explained that she was served with Plaintiff's complaint on or about July 14, 2015, and is now represented by the Attorney General's Office. (Id.)  Defendant Doria subsequently filed an answer to Plaintiff's complaint on July 30, 2015. (ECF. No. 64.)

Accordingly, application of the discovery and scheduling order filed on April 2, 2015, (ECF No. 52), is HEREBY EXTENDED to Defendant D. I. Doria, including the deadline to amend pleadings of **October 02, 2015**, the discovery deadline of **December 02, 2015**, and the dispositive motion deadline of **February 11, 2016**.  Additionally, the exhaustion motion filing deadline is EXTENDED to **November 2, 2015**, with respect to Defendant D. I. Doria.

IT IS SO ORDERED.

Dated:   **August 5, 2015**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

2